**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

GERONIMO DEL MURO-SANCHEZ,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 10-71761

Agency No. A077-986-155

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 1, 2013[**]

Before:     GRABER, WARDLAW, and PAEZ, Circuit Judges.

Geronimo Del Muro-Sanchez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision denying his application for registration as a

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

lawful permanent resident under 8 U.S.C. § 1259. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

Substantial evidence supports the BIA's adverse credibility finding. *See Singh v. Ashcroft*, 367 F.3d 1139, 1143-44 (9th Cir. 2004).

Substantial evidence also supports the BIA's finding that Petitioner failed to establish that he resided continuously in the United States after entering prior to January 1, 1972. *See Manzo-Fontes v. INS*, 53 F.3d 280, 282 (9th Cir. 1995) (court generally reviews for substantial evidence agency's determination regarding statutory ineligibility). Therefore, the BIA's conclusion that he was statutorily ineligible for registry as a lawful permanent resident under 8 U.S.C. § 1259 was correct.

**PETITION FOR REVIEW DENIED**.